1
2
3
4

GABRIEL L. GRASSO, ESQ.
State Bar Number 7358
231 South Third Street, Suite 100
Las Vegas, Nevada 89101
(702) 868-8866
Attorney for NEWKIRK

5
6
7

## UNITED STATES DISTRICT COURT

## IN AND FOR THE STATE OF NEVADA

8
9
10
11
12
13
14

| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.:   2:10-CR-00154-KJD-LRL |
| vs. | ) | |
| | ) | |
| | ) | ORDER |
| MARLO NEWKIRK, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

15
16
17
18
19

The defendant, MARLO NEWKIRK, appeared before the Court on September 13, 2011 and entered a plea of guilty with benefit of a plea agreement with the Government. Discussion was held in open court regarding the defendant's current conditions of release.  Pursuant to the representations made by the parties in open court, the Court hereby finds:

20
21
22
23

THAT THE DEFENDANT, who currently resides at a halfway house under the current terms of his pretrial release, may be allowed leave the halfway house and reside at a local private residence in Clark County so long as said private residence is approved by his pretrial services supervisor.

24

DONE AND ORDERED this ___26___ day of _____September_____, 2011.

25
26
27
28

_____
KENT J. DAWSON
UNITED STATES DISTRICT COURT JUDGE